UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM MANUEL ALVAREZ-CALO,

                    Petitioner,

        v.

JACK WARNER,

                    Respondent.

Case No. 3:25-cv-06150-TLF-JHC

ORDER

        Having reviewed de novo the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge (Dkt. # 13), and the remaining record, the Court finds and ORDERS:

        (1)    The Court ADOPTS the Report and Recommendation, to which no objection has been filed.

        (2)    Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED without prejudice.

        (3)    A certificate of appealability on this issue is DENIED.

        (4)    Petitioner's motion for stay is DENIED as moot.

ORDER - 1

(5)    Petitioner's motion for appointment of counsel is DENIED.

(6)    The Clerk is directed to send copies of this Order to petitioner, counsel for respondent, and the Hon. Theresa L. Fricke.

Dated this 4th day of June, 2026.


John H. Chun
United States District Judge

ORDER - 2